: nod
no cip

ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL - 1 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

142600

| | |
|---|---|
| KENNEDY JONES & ELAINE C JONES<br>　　　　　　　　Plaintiffs, | )<br>)<br>) |
| vs. | )<br>)<br>) Case No. |
| UNITED STATES OF AMERICA<br>　　　　　　　　Defendant. | )<br>) |

## 3-09CV1239-M

### PETITION TO QUASH THIRD PARTY SUMMONS

COMES NOW, Plaintiffs, Kennedy Jones and Elaine C. Jones and hereby Petition this Court To Quash the Third Party Summons issued to JP Morgan Chase Bank NA by Defendant, United States of America. In support thereof, Plaintiffs do allege and state as follows:

1.　Plaintiffs are residents of Tarrant County in the State of Texas. Plaintiff Kennedy Jones' social security number is XXX-XX-5123.

2.　Defendant is the United States of America.

3.　This action is commenced pursuant to 26 U.S.C.A. Section 7609.

4.　Plaintiffs seek an order of this Court quashing the Third Party Summons issued to JP Morgan Chase Bank NA as found an Attachment Number One to this Petition.

5.　Said Summons that is the subject matter of this Petition was issued on June 12, 2009.

6.　Plaintiffs seek an order of this Court quashing the Third Party Summons because the said Summons is overly broad and is an infringement on the Freedom of Religion for the Greater Community Missionary Baptist Church and for Plaintiffs.

7.　Said Summons infringes on said Freedoms of Religion because Plaintiff Kennedy Jones is the Pastor of the Greater Community

Missionary Baptist Church of Arlington, Texas. The Greater Community Missionary Baptist Church has a total of three financial accounts, all with JP Morgan Chase Bank NA. As Pastor Plaintiff Kennedy Jones has signature authority over all the accounts of the Greater Community Missionary Baptist Church and said Summons will include the books, papers, records and other data of said church with the signature authority of Plaintiff Kennedy Jones.  See Attachment Number Two to the Petition. The effect of said Summons is an overly broad intrusion into the internal affairs of the church and as such is burdensome and an unnecessary entanglement in the freedoms and practice of religion by Plaintiffs and by the Greater Community Missionary Baptist Church.

Wherefore, Plaintiffs seek an order of this Court quashing the summons issued to JP Morgan Chase Bank NA judgment and such other relief to which they may show themselves justly entitled.

Respectfully submitted,

By: _____
Frederick J. O'Laughlin
Texas Bar No. 15241770
12800 Hillcrest Road Ste 217
Dallas, Texas  75230
214.828.0600
214.828.0613 fax
fred.olaughlin@gmail.com
Attorney for Plaintiffs



# Summons

In the matter of  Kennedy Jones & Elaine C Jones

Internal Revenue Service (Division):  Small Business/ Self-Employed

Industry/Area (name or number):  Field Compliance Area 5, Dallas Territory 3

Periods:  Calendar years ending December 31, 2006 and December 31, 2007

## The Commissioner of Internal Revenue

To:  JP Morgan Chase Bank NA    In Care of: CT Corporate Systems

At:  350 North Saint Paul Street, Suite 2900, Dallas, Texas 75201

You are hereby summoned and required to appear before  Shelley Tidwell, ID # 78-2227, Internal Revenue Agent
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS/ SUBPOENA

Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**
5450 Stratum Drive, Suite 150, Fort Worth, Texas 76137        (817) 232-6328

**Place and time for appearance at**  MC: 4223NFTW, 5450 Stratum Drive, Suite 150, Fort Worth, TX 76137

DOCUMENTS MAY BE MAILED TO THE ABOVE LISTED ADDRESS

on the ___15th___ day of ___July___ 2009 at ___3:00___ o'clock ___p.___ m.

Issued under authority of the Internal Revenue Code this ___12th___ (year) day of ___June___ , ___2009___
(year)

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

_____
Signature of issuing officer

_____
Signature of approving officer (if applicable)

Internal Revenue Agent

Acting    Title
Group Manager
_____    Title

Part C — to be given to noticee

ATTACHMENT NUMBER ONE, 3 PAGES

## ATTACHMENT TO SUMMONS / SUBPOENA

Issued to:   JP Morgan Chase Bank NA
In the matter of:   Kennedy Jones and/ or Elaine Jones and/or Jjasppp Consulting
Address:   1901 Spirit Walk, Mansfield, TX 76063
Periods:   Calendar years ending December 31, 2006 and 2007

For the periods specified above, please furnish all books, papers, records, and other data concerning all accounts as in which the above-named individual(s) is identified as having any ownership interests, signatory privileges, rights to make withdrawals, or for which the above-named individual(s) is shown as the trustee, co-signer, guardian, custodian, administrator, and/or beneficiary. Records may pertain to an individual, sole proprietor with DBA, member of LLC, officer and/or board member of corporation, partner of general partnership, limited partnership and/or trust. This request for records includes, but is not limited to:

1.  **PRIVATE BANKING** including all agreements, contracts, records, books, ledgers, and other documents relating to all of the "Private Banking" agreements and relationships.

2.  **SAVINGS ACCOUNT RECORDS** including signature cards, ledger cards or records showing dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, deposited items, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued, and exempt status documentation.

3.  **CHECKING ACCOUNT RECORDS** including signature cards, bank statements, deposit slips, deposited items, records of all debit and credit memos, Forms 1099 issued, and exempt status documentation.

4.  **LOAN RECORDS** including applications, financial statements, loan collateral, credit, and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans and records showing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

5.  **SAFE DEPOSIT BOX RECORDS** including contracts, access records, and records of rental fees paid showing the date, amount, and method of payment (cash or check).

6.  **CERTIFICATES OF DEPOSIT, MONEY MARKET CERTIFICATES, AND RETIREMENT ACCOUNTS** including applications, actual instrument(s), records of purchases and redemptions, checks issued on redemption, checks used to purchase certificates, any correspondence and any Forms 1099 issued, records showing the annual interest paid or accumulated, the dates of payment or dates interest was earned, checks issued for interest payments.

7.  **U.S. TREASURY NOTES AND BILLS** including all records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks issued for interest payments, records of interest paid or accumulated showing the dates and amount of interest paid or accumulated.

8.  **STOCKS AND BONDS** including all agreements, contracts, applications for account, signature cards, mutual fund accounts, commodity accounts, margin accounts, or other accounts. Such records include cash receipts, confirmation slips, securities delivered

1

## ATTACHMENT TO SUMMONS / SUBPOENA

receipts, statements of account, notifications of purchase or sale, representative's stock record, account executive worksheets, correspondence, ledger sheets, cash in slips, buy and sell slips, or other records of these transactions. Documentation and correspondence about stock, municipal or corporate bond transactions, and financial counseling on any of the above.

9. **CREDIT CARD RECORDS** including the above named individual(s)' application, signature card, any credit or background investigations conducted, correspondence about the credit card accounts, monthly billing statements, individual charge invoices, repayment records showing the dates, amounts, and method (cash or check) of repayment, checks used to make repayments (front and back).

10. **PURCHASES OF BANK CHECKS** including cashier's, teller's, or traveler's check records, or money order records including the check register, file copies of the checks or money orders, records showing the date and source of payment for such checks or money orders.

11. **OTHER RECORDS** including records of Currency Transaction Reports (Form 4789), certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records include those that show the date and amount of the transaction, method (cash or check) and source of payment, destination, recipient, instruments, and statements of transactions.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

2

**JPMorganChase** ⬤

Cathy J Johnson
Telephone:  317-757-7384
Facsimile:   317-757-7421

National Subpoena Processing
Mail Code IN4-4054
7610 West Washington Street
Indianapolis, Indiana 46231

06/17/2009

Greater Community Missionary Baptist Church
126 E. Park Row
Arlington, TX 76010

RE:    Case Name:  JONES, KENNEDY and ELAINE C. JONES
         Case No.:  N/A
         JPMC File No.:  00109315

Dear Sir or Madam:

JPMorgan Chase Bank, N.A.,(JPMC) was served with a subpoena with regard to the above referenced case.
A copy of the subpoena is enclosed for your review.

If you are represented by an attorney in this matter, please provide your attorney with a copy of this letter
and the enclosed subpoena immediately.

Chase is obligated to respond to this subpoena and will provide the requested information to the requesting
party unless Chase receives within ten days (or sooner if required by the Subpoena) from the date of this
letter a copy of a properly filed Motion to Quash the Subpoena, or a court order stating that Chase does not
have to comply with this request for production of documents.

If you have questions, please call me directly at 317-757-7384.

Yours truly,

*Cathy Johnson*

Cathy J Johnson
Subpoena Analyst

Enc.

ATTACHMENT NUMBER TWO    1 PAGE

**3-09CV1239-M**

≈JS 44 (Rev. 12/07) **CIVIL COVER SHEET**

ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Kennedy Jones & Elaine C Jones

**(b)** County of Residence of First Listed Plaintiff   Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Frederick J O'Laughlin, 12800 Hillcrest Rd Ste 217
Dallas, TX 75230

**DEFENDANTS**

United States of America

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

RECEIVED
BY
JUL - 1 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

☐ 1   U.S. Government
   Plaintiff

☐ 3   Federal Question
   (U.S. Government Not a Party)

☒ 2   U.S. Government
   Defendant

☐ 4   Diversity
   (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                            and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☒ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 USCA Section 7609
Brief description of cause:
Petition to Quash Summons

**VII. REQUESTED IN
COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S)
IF ANY**

(See instructions):

JUDGE

DOCKET NUMBER

DATE  7/1/09

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE